**No. 59947.**—Bel Paese Sales Co., Inc. *v.* United States, protest 243088–K (New York),

Opinion by JOHNSON, J. In accordance with stipulation of counsel that duty was assessed on the basis of a weight in excess of the actual net weight of the Bel Paisino cheese contained in cases 541 to 580, inclusive, and that said cases have a net weight of 2,235 pounds, the collector was directed to refund all duties taken in excess, as claimed.